SHEPHERD, Circuit Judge,
concurring.
I concur in the court’s opinion reversing the denial of JEDI’s motion to compel arbitration. I write separately to reiterate my view that section 3 of the Federal Arbitration Act unambiguously directs a district court to stay an action and does not give a district court the discretion to dismiss an action.. See Green v. SuperShuttle Int’l, Inc., 653 F.3d 766, 770-71 (8th Cir.2011) (Shepherd, J., concurring); see also 9 U.S.C. § 3 (district courts “shall ... stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement”). Recognizing, however, that we are bound by prior panel decisions from our court, I also concur in the direction that the dis-triet court may decide whether it is appropriate to dismiss or stay the action.